ELGIN et al. v. COLLINS. (Circuit Court of Appeals, Sixth Circuit. April 5, 1923.) No. 3809. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Sam P. Walker, of Memphis, Tenn., for plaintiffs in error. J. E. Holmes and P. M. Canale, both of Memphis, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

ELLIS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1923.) No. 3931. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Bryant & Bryant, of Paris, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

---

HARDING v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1923.) No. 3929. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Joseph Bearman, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel

---

HIGHLAND et al. v. LOGAN et al. (Circuit Court of Appeals, Fourth Circuit. July 5, 1923.) No. 2099. Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Northern District of West Virginia, at Parkersburg, in Bankruptcy. C. M. Hanna. of Parkersburg, W. Va., and Geo. M. Hoffheimer and Melvin G. Sperry, both of Clarksburg, W. Va., for petitioners. T. A. Brown, V. B. Archer, and W. H. Wolfe, all of Parkersburg, W. Va., for respondents.

PER CURIAM. Petition to superintend and revise dismissed, each party to pay his own costs, per agreement of all parties.

---

HIGHLAND et al. v. LOGAN et al. (Circuit Court of Appeals, Fourth Circuit. July 5, 1923.) No. 2110. Appeal from the District Court of the United States for the Northern District of West Virginia, at Parkersburg, in Bankruptcy. C. M. Hanna, of Parkersburg, W. Va., and Geo. M. Hoffheimer and Melvin G. Sperry, both of Clarksburg, W. Va., for appellants. T. A. Brown, V. B. Archer, and W. H. Wolfe, all of Parkersburg, W. Va., for appellees.

PER CURIAM. Without deciding any issue involved, or expressing any opinion thereon, decree of District Court reversed, with costs to appellants, and cause remanded for further proceedings, per agreement of all parties.

---

HINES, Director General of Railroads, v. ADAMS GRAIN & PROVISION CO. (Circuit Court of Appeals, Fourth Circuit. May 23, 1923. Order Granting Writ of Error from Supreme Court Filed August 20, 1923.) No. 2093. In Error to the District Court of the United States for the Eastern District of Virginia, at Richmond. D. H. & Walter Leake and Sherlock Bronson, all of Richmond, Va., for plaintiff in error. R. E. Cabell and R. H. Talley, both of Richmond, Va., for defendant in error.

PER CURIAM. Judgment of District Court reversed.